UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **CV 24-8048-MWF(RAOx)** | Date: February 25, 2025 |
| Title | ***Micah Foster v. Universal Music Group, Inc., et al.*** | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on September 19, 2024. (Docket No. 1). Pursuant to Federal Rule of Civil Procedure 4(m), the time to serve the Complaint expired on December 18, 2024.

The Court **ORDERS** Plaintiff to **SHOW CAUSE** why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **MARCH 7, 2025**.

- By Plaintiff: Proofs of Service of the Summons and Complaint.

    AND/OR

- By Defendants: Responses to the Complaint. The parties may also file appropriate stipulations to extend the time within which Defendants must respond to the Complaint.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause by **March 7, 2025,** will result in the dismissal of this action.

IT IS SO ORDERED.